UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO

| | | |
|---|---|---|
| KENDACE ABRAMS, et al. | ) | CASE NO. 2:04-CV-00005 |
| Plaintiffs | ) | JUDGE WATSON |
| v. | ) | STIPULATION FOR DISMISSAL OF THE CLAIMS OF DIANA KENNEDY |
| AT&T CORP. | ) | |
| Defendant | ) | |

The parties stipulate that the claims asserted in this matter by Plaintiff Diana Kennedy have been settled and the claims she has asserted shall be dismissed, with prejudice, each party to pay their own costs and attorneys fees. There being no further claims before this Court, this case is dismissed with prejudice.

IT IS SO ORDERED.

_____
JUDGE WATSON

*s/ Rayl L. Stepter*
Rayl L. Stepter  (0047505)
Attorney for Plaintiff
Diana Kennedy

*s/ Ronald H. Isroff*
Ronald H. Isroff  (0021930)
Attorney for Defendant
AT&T Corp.

180582.1
13797.0203